ORIGINAL

# United States District Court
## Southern District of Georgia

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2016 JUL 14 PM 4:54 CLERK CAdams SO. DIST. OF GA.

John Wayne Conner, Petitioner

_____
Plaintiff

v.

Warden, GDCP
_____
Defendant

Case No. CV316-057

Appearing on behalf of

John Wayne Conner, Petitioner
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14th day of July, 2016

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Marcia A. Widder |
| Business Address: | Georgia Resource Center |
| | Firm/Business Name |
| | 303 Elizabeth Street, N.E. |
| | Street Address |
| | Atlanta, GA, 30307 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404-222-9202 — Telephone Number (w/ area code) |
| | 643407 — Georgia Bar Number |
| Email Address: | marcy.widder@garesource.org |